No. 9503. STATE ex rel. ARNOLD WAYNE ENGSTROM, RELATOR, *v.* DISTRICT COURT OF THE SEVENTEENTH JUDICIAL DISTRICT of the County of Valley et al., RESPONDENTS.

278 Pac. (2d) 1006.

Decided November 24, 1954.

*Dignan & Gallagher*, Glasgow, *Doepker & Hennessey*, Butte, for relator.

Per Curiam.

Relator's petition for a writ of prohibition is denied, but without prejudice to his right on timely and proper appeal to assign error and urge the points of law relied upon in his petition and brief herein.

MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES BOTTOMLY and ANDERSON, concur.

No. 9502. STATE ex rel. ANDREW J. HEROLD, RELATOR, *v.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Yellowstone et al., RESPONDENTS.

276 Pac. (2d) 980.

Decided November 24, 1954.

*Sandall & Moses*, Billings, for relator.

Before MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES BOTTOMLY and ANDERSON:

Relator's petition for an alternative writ of prohibition is denied but without prejudice to his right on a subsequent appeal to specify error and urge the points of law relied upon in his petition and brief herein.